# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2006

132241-2 & (68)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 132241-2
                                        COA: 259079; 259204
                                        Calhoun CC: 04-002006-FH;
                                        2004-002098-FH

BRYAN JAMES VINSON,
         Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 24, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for appointment of counsel is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006

_____
                                 Clerk

p1218